IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVAN ARYA,

        Plaintiff,

   vs.                               No. CIV. S-11-1354 GEB GGH PS

CALPERS,

        Defendant.              <u>ORDER AND ORDER TO SHOW CAUSE</u>

_____/

        The case is before the undersigned pursuant to E. D. Local Rule 302(c)(21).  On June 27, 2012, defendant filed a status report without participation or signature by plaintiff, as required by the court's order requiring joint status report, filed January 12, 2012.  Therefore, plaintiff will be ordered to show cause for the failure to participate in the joint status report.

        A status conference will also be set to address the scheduling of this case.

        Accordingly, IT IS ORDERED that:

        1. A status conference is scheduled for September 6, 2012, at 10:00 a.m. in courtroom #9;

        2. Plaintiff shall file a statement by August 30, 2012, showing cause for his failure to participate in the joint status report.

\\\\\

3. Both parties shall appear at the status conference to set a schedule for this case. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

DATED: August 9, 2012

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH/076:Arya1354.osc.wpd