IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVAN ARYA,

        Plaintiff,             No. CIV. S-11-1354 GEB GGH PS

    vs.

CALPERS,

        Defendant.            ORDER

_____/

        Plaintiff's motion for default judgment and defendant's motion to set aside entry of default presently are calendared for hearing on October 25, 2012. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motions on the record, including the briefing in support of and in opposition to the pending motions. See E.D. Cal. L.R. 230(g).

        Accordingly, IT IS ORDERED that:

        1. The October 25, 2012 hearing on the motion to set aside entry of default, filed September 24, and the motion for default judgment, filed September 26, 2012, is vacated; and

        2. The motions are submitted on the record.

DATED: October 16, 2012

                     /s/ Gregory G. Hollows
            UNITED STATES MAGISTRATE JUDGE

GGH:076:Arya1354.vac.wpd

1