IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVAN ARYA,

    Plaintiff,

vs.

CALPERS,

    Defendant.

No. 2:11-CV-1354 GEB AC PS

ORDER

_____/

    Plaintiff is proceed in this action in pro per and in forma pauperis. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

    On December 14, 2012, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 14, 2012 are adopted in full;

2. Defendant's September 24, 2012 motion to set aside entry of default is granted;

3. Plaintiff's September 26, 2012 motion for default judgment is denied; and

4. The Clerk of the Court is directed to vacate the September 20, 2012 entry of default as to CALPERS.

Dated: January 15, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge