IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVAN ARYA,

      Plaintiff,                                          No. 2:11-CV-1354 TLN AC PS

      vs.

CALPERS,

      Defendant.                                       <u>ORDER</u>

_____/

        Pending before the court are plaintiff's March 19, 2013 and March 25, 2013 motions to compel. Both are set for hearing before the undersigned on May 8, 2013. Both of these motions will be denied as untimely because, pursuant to the court's September 10, 2012 scheduling order (ECF No. 26), the parties were required to complete discovery by March 14, 2013. Pursuant to the court's order, "'completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been complied with. Motions to compel discovery must be noticed on the undersigned's calendar in accordance with the local rules of this court and so that such motions will be heard not later than February 28, 2013." ECF No. 26 at 4.

Because plaintiff's discovery motions were filed after the discovery deadline, IT IS HEREBY ORDERED that:

1. The May 8, 2013 hearing on plaintiff's discovery motions is vacated from calendar, and

2. Plaintiff's March 19, 2013 and March 25, 2013 motions to compel are denied.

DATED: May 1, 2013.

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mb;arya1354.disc

2